**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**JUDGE ROBERT E. BLACKBURN**

Civil Action No.: 13-cv-00951-REB-BNB

SARAH M. HICKEY,
AMY M. GULDEN, and
JAY A. RAGSDALE
on behalf of themselves, individually, and on behalf of all others similarly situated,

    Plaintiffs,

v.

BRINKER INTERNATIONAL PAYROLL COMPANY, L.P.

    Defendants.

## ORDER RE: CORRECTED STIPULATED MOTION TO TOLL THE STATUTE OF LIMITATIONS

**Blackburn, J.**

The matter is before me on the **Corrected Stipulated Motion To Toll The Statute of Limitations** [#28][1] filed September 5, 2013.  After reviewing the motion and the file, I conclude that the motion should be granted and that the statute of limitations should be tolled until the court resolves **Defendant's Motion To Compel Arbitration of Individual Claims and To Dismiss Class Action Claims, Collective Action Claims, and Other Proceedings** [#22] filed August 12, 2013.

---

[1] "[#28]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Corrected Stipulated Motion To Toll The Statute of Limitations** [#28] filed September 5, 2013, is **GRANTED**; and

2. That the statute of limitations for the opt-in plaintiffs is equitably tolled from September 18, 2013, until and including the date on which the court resolves **Defendant's Motion To Compel Arbitration of Individual Claims and To Dismiss Class Action Claims, Collective Action Claims, and Other Proceedings** [#22] filed August 12, 2013.

Dated September 6, 2013, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge