IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00951-REB-BNB

SARAH M. HICKEY,
AMY M. GUILDEN, and
JAY A RAGSDALE, on behalf of themselves, individually, and on behalf of all others similarly situated,

Plaintiffs,

v.

BRINKER INTERNATIONAL PAYROLL COMPANY, L.P.,

Defendant.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      IT IS ORDERED:

      (1)    The **Stipulated Motion to Stay Proceedings Pending the Court's Ruling on Defendant's Motion to Dismiss and Compel Arbitration** [Doc. # 25] is GRANTED; and

      (2)    The plaintiff shall file a status report within 14 days after any ruling on the Motion to Compel Arbitration [Doc. # 22] advising me of the ruling and identifying any scheduling and/or case management matters which should be addressed.

DATED:  September 6, 2013