**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  13-cv-00951-REB-BNB

SARAH M. HICKEY,
AMY M. GULDEN, and
JAY A. RAGSDALE, on behalf of themselves, individually, and on behalf of all others similarly situated,

      Plaintiffs,

v.

BRINKER INTERNATIONAL PAYROLL COMPANY, L.P.,

      Defendant.

---

**MINUTE ORDER**[1]

---

      The matter is before the court on the **Unopposed Motion For Leave To File Response Brief Out of Time** [#37] filed September 17, 2013.  After reviewing the motion and the record, the court has concluded that the motion should be granted.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Unopposed Motion For Leave To File Response Brief Out of Time** [#37] filed September 17, 2013, is **GRANTED**; and

      2.  That **Plaintiffs' Corrected Response To Motion To Compel Arbitration** [#37-1] is accepted for filing.

      Dated:  September 18, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.