**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  13-cv-00951-REB-BNB

SARAH M. HICKEY,
AMY M. GULDEN, and,
JAY A. RAGSDALE,
on behalf of themselves, individually, and on behalf of all others similarly situated,

    Plaintiffs,

v.

BRINKER INTERNATIONAL PAYROLL COMPANY, L.P.,

    Defendant.

## FINAL JUDGMENT

This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **Order Granting Motion to Compel Arbitration** [#45] entered by Judge Robert E. Blackburn on February 18, 2014, which order is incorporated herein by this reference.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Defendant's Motion To Compel Arbitration of Individual Claims and Dismiss Class Action Claims, Collective Action Claims and Other Proceedings** [#22], filed August 12, 2013, is **GRANTED**;

2. That plaintiffs' putative class and collective action claims are **DISMISSED WITH PREJUDICE**;

3. That the parties are **ORDERED** to proceed to arbitration of plaintiffs' individual claims; and

4.  That this case is **CLOSED**.

DATED at Denver, Colorado, this 20th day of February 2014.

>FOR THE COURT:
>
>Jeffrey P. Colwell, Clerk
>
>By: s/Kathleen Finney
>       Kathleen Finney
>       Deputy Clerk